1   Zachary M. Best, SBN 166035
    Tanya Moore, SBN 206683
2   MOORE LAW FIRM, P.C.
    332 North Second Street
3   San Jose, California 95112
    Telephone (408) 298-2000
4   Facsimile (408) 298-6046
    Email: service@moorelawfirm.com
5
    Attorneys for Plaintiff,
6   Cameron Shaw

7

8

**IT IS SO ORDERED**

*Yvonne Gonzalez Rogers*

Judge Yvonne Gonzalez Rogers

10/7/2019

9                   UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12  CAMERON SHAW,                          ) No. 4:19-cv-04525-YGR
                                           )
13              Plaintiff,                 ) **STIPULATION FOR DISMISSAL**
                                           ) **WITHOUT PREJUDICE OF**
14        vs.                              ) **DEFENDANT SAN FRANCISCO**
                                           ) **MANDARIN BAPTIST CHURCH, SAN**
15  GRAILS SF LLC; SAN FRANCISCO           ) **FRANCISCO, CALIFORNIA, ONLY**
    MANDARIN BAPTIST CHURCH, SAN           )
16  FRANCISCO, CALIFORNIA;                 )
                                           )
17              Defendants.                )
                                           )
18                                         )
                                           )
19                                         )
                                           )
20  _____       )

21

22

23

24

25

26

27

28

STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANT SAN FRANCISCO
MANDARIN BAPTIST CHURCH, SAN FRANCISCO, CALIFORNIA, ONLY

Page 1

**IT IS HEREBY STIPULATED** by and between Plaintiff Cameron Shaw and Defendant, San Francisco Mandarin Baptist Church, the parties to this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), only Defendant, San Francisco Mandarin Baptist Church be dismissed from the above-captioned action without prejudice. Each party is to bear its own attorneys' fees and costs.

Dated: September 30, 2019        MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorneys for Plaintiff,
Cameron Shaw

Dated: September 30, 2019        BERMAN BERMAN BERMAN
SCHNEIDER & LAWARY, LLP

*/s/ David R. Casady*
David R. Casady
Amanda N. Griffith
Attorneys for Defendant,
San Francisco Mandarin Baptist Church

## ATTESTATION

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorneys for Plaintiff,
Cameron Shaw

STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANT SAN FRANCISCO MANDARIN BAPTIST CHURCH, SAN FRANCISCO, CALIFORNIA, ONLY

Page 2