# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CAMERON SHAW,** | CASE NO. 19-cv-04525-YGR |
| Plaintiff, | |
| vs. | **ORDER TO SHOW CAUSE** |
| **GRAILS SF LLC, ET AL.,** | |
| Defendants. | |

The Court has received plaintiff Cameron Shaw's request to strike defendant Grails SF LLC's answer on the ground that it was filed *pro se*. As Shaw properly points out, corporations are not permitted to appear in litigation without counsel. To date, counsel has not appeared on Grails SF LLC's behalf, nor has Grails SF LLC filed a response to the request to strike.

As such, Grails SF LLC is hereby **ORDERED TO SHOW CAUSE** why its answer should not be stricken. A compliance deadline shall be set for **9:01 a.m.** on **Friday, August 28, 2020**. **Five (5) business days** prior Grails SF LLC shall file a response to this Order to Show Cause. If compliance is complete, the compliance deadline will be taken off calendar. Failure to comply will result in an order striking Grails SF LLC's answer.

**IT IS SO ORDERED.**

Dated: August 11, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**