**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CAMERON SHAW,**<br>    Plaintiff,<br>    vs.<br>**GRAILS SF LLC, ET AL.,**<br>    Defendants. | CASE NO. 19-cv-04525-YGR<br><br>**ORDER STRIKING ANSWER; SETTING COMPLIANCE DEADLINE**<br><br>Re: Dkt. Nos. 50, 51 |

On August 11, 2020, the Court ordered defendant Grails SF LLC to show cause why its answer should not be stricken. The Court advised Grails SF LLC that failure to comply by the deadline of August 21, 2020 would result in an order striking the answer. To date, Grails SF LLC has not filed a response.

As such, Grails SF LLC's answer is **STRICKEN**. Further, the Court hereby **SETS** a compliance deadline for **9:01 a.m.** on **Friday, October 9, 2020**. **Five (5) business days** prior to said date, plaintiff Cameron Shaw shall file a request for entry of default and a motion for default judgment.[1]

This Order terminates Docket Number 50.

**IT IS SO ORDERED.**

Dated: August 27, 2020

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

---

[1] The compliance deadline previously set for August 28, 2020 is **VACATED**.