Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California 95113
Telephone (408) 298-2000
Facsimile (408) 298-6046
Emails: tanya@moorelawfirm.com;
service@moorelawfirm.com

Attorney for Plaintiff,
Cameron Shaw

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON SHAW,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>GRAILS SF LLC; FORREST DUAN, Trustee of the DUAN-AN TRUST AGREEMENT dated September 27, 2001; ANGELA AN, Trustee of the DUAN-AN TRUST AGREEMENT dated September 27, 2001,<br><br>　　　　Defendants. | No. 4:19-cv-04525-YGR<br><br>**ORDER APPROVING STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |

1  IT IS HEREBY STIPULATED by and between Plaintiff Cameron Shaw and Defendant, Forrest Duan, Trustee of the Duan-An Trust Agreement dated September 27, 2001, the parties to this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is dismissed with prejudice in its entirety. Each party is to bear his or its own attorneys' fees, expert fees, and costs.

Dated: January 6, 2021                MOORE LAW FIRM, P.C.

　　　　　　　　　　　　　　　　　　　　　　/s/ Tanya E. Moore
　　　　　　　　　　　　　　　　　　　　　Tanya E. Moore
　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff,
　　　　　　　　　　　　　　　　　　　　　Cameron Shaw

Dated: 1-6-2021

　　　　　　　　　　　　　　　　　　　　　Defendant, Forrest Duan, Trustee of
　　　　　　　　　　　　　　　　　　　　　the Duan-An Trust Agreement dated
　　　　　　　　　　　　　　　　　　　　　September 27, 2001

### ATTESTATION

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

　　　　　　　　　　　　　　　　　　　　　　/s/ Tanya E. Moore
　　　　　　　　　　　　　　　　　　　　　Tanya E. Moore
　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff,
　　　　　　　　　　　　　　　　　　　　　Cameron Shaw

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: January 8, 2021

　　　　　　　　　　　　　　　　　　　　　Yvonne Gonzalez Rogers
　　　　　　　　　　　　　　　　　　　　　United States District Court Judge